UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION, as Receiver for
Orion Bank of Naples, Florida

    Plaintiff,

v.                               Case No: 2:15-cv-702-FtM-99CM

U.S. SPECIALTY INSURANCE
COMPANY and THE HANOVER
INSURANCE COMPANY,

    Defendants.

## ORDER

This matter comes before the Court upon review of the Joint Motion to Extend Deadlines for Disclosure of Expert Reports (Doc. 47) filed on October 7, 2016. Currently, Plaintiff's deadline for the disclosure of expert reports is November 1, 2016 and Defendants' deadline for the disclosure of expert reports is December 15, 2016. Doc. 37 at 1. The parties' expert discovery deadline is February 1, 2017. *Id.* The parties request that the Court extend Plaintiff's deadline for the disclosure of expert reports to December 9, 2016, and Defendants' deadline for the disclosure of expert reports to January 15, 2017. Doc. 47 at 2. The parties also request an extension of the expert discovery deadline to February 15, 2017. *Id.*

District courts have broad discretion when managing their cases in order to ensure that the cases move to a timely and orderly conclusion. *Chrysler Int'l Corp. v. Chemaly*, 280 F.3d 1358, 1360 (11th Cir. 2002). Rule 16 requires a showing of

good cause for modification of a court's scheduling order. Fed. R. Civ. P. 16(b)(4). "This good cause standard precludes modification unless the schedule cannot be met despite the diligence of the party seeking the extension." *Sosa v. Airprint Sys., Inc.*, 133 F. 3d 1417, 1418 (11th Cir. 1998) (internal quotations and citations omitted). Upon review of the motion, the Court is satisfied that the parties have been diligent in their discovery efforts and cannot meet the current deadlines despite their diligence. Moreover, the requested extensions will not affect the trial term or the remaining pretrial deadlines. Accordingly, the Court finds good cause to grant the requested extensions.

ACCORDINGLY, it is hereby

**ORDERED:**

1. The Joint Motion to Extend Deadlines for Disclosure of Expert Reports (Doc. 47) is **GRANTED**.

2. The deadline for Plaintiff's disclosure of expert reports is hereby extended to **December 9, 2016**. The deadline for Defendants' disclosure of expert reports is hereby extended to **January 15, 2017**. The expert discovery deadline is hereby extended to **February 15, 2017**.

3. All other deadlines and directives in the Case Management and Scheduling Order (Doc. 37) remain in effect.

DONE and ORDERED in Fort Myers, Florida on this 14th day of October, 2016.

CAROL MIRANDO
United States Magistrate Judge

Copies:
Counsel of record